STATE OF NEW JERSEY v. TILLMAN COLEMAN, JR.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. NORMA MORALES.

May 26, 1982.

Certification granted and the judgment of the Appellate Division is summarily vacated and the matter is remanded to the Appellate Division for a dismissal of the appeal on the ground that defendant is a fugitive.

STATE OF NEW JERSEY v. LEONARD WILLIAMS.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ZACHERY LEE FOY.

May 26, 1982.

Petition for certification denied.